

# NUMBER 13-18-00384-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

LANCE TAYLOR,                                                      Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

---

**On appeal from the 28th District Court
of Nueces County, Texas.**

---

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

This cause is before the Court on counsel's failure to file the appellate brief by April 30, 2021, as ordered by this Court. Appellant's current counsel was granted three

extensions, and prior to the Honorable M. Michael Meyers' appointment, the Court had granted four extensions of time to file appellant's brief.

**IT IS THEREFORE ORDERED that the Honorable M. Michael Meyer, counsel for appellant, file the appellate brief with this Court on or before 5:00 p.m. on May 21, 2021. If the Honorable M. Michael Meyer, fails to file the appellate brief with this Court on or before 5:00 p.m. on May 21, 2021, then the Honorable M. Michael Meyer, is ORDERED to appear in person on May 24, 2021 at 10:00 a.m. in the Courtroom of the Thirteenth Court of Appeals, located at 901 Leopard St., 10th Floor, Nueces County Courthouse, Corpus Christi, Texas, to show cause why he should not be held in contempt of court.**

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of May, 2021.